IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| MAURICE MASON, ET AL. | PLAINTIFFS |
|---|---|
| VS. | CIVIL ACTION NO. 4:20-CV-00164-DMB-JMV |
| CITY OF CLARKSDALE, ET AL. | DEFENDANTS |

**ORDER**

Consistent with findings made during a hearing held on June 2, 2021, case management order deadlines are amended, *sua sponte*, as follows:

| | |
|---|---|
| Defendants' Expert Designation | July 30, 2021 |
| Discovery | August 30, 2021 |
| *Daubert* Motions | September 30, 2021 |
| Dispositive Motions | October 20, 2021 |

IT IS FURTHER ORDERED that fourteen (14) days prior to the expiration of the discovery period, Plaintiff must supplement Plaintiff's pending motion [51] to set aside deemed admissions, addressing therein—with respect to each request for admission at issue—the requisite legal standard for doing so. Seven (7) days thereafter (one week prior to the discovery deadline), Defendants must supplement their response in similar fashion.

SO ORDERED this 3rd day of June, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE