

Department of Public Safety
Mississippi Highway Safety Patrol

# Mississippi Bureau of Investigation

22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400





Special Agent

## Joey Mauney

B-63

## NOTICE

THIS CASE REPORT CONTAINS CONFIDENTIAL INFORMATION. THIS REPORT AND THE ADDITIONAL DOCUMENTS IT CONTAINS ARE THE PROPERTY OF THE MISSISSIPPI BUREAU OF INVESTIGATION AND ARE LOANED TO YOUR AGENCY, OFFICE, AND/OR DEPARTMENT. THIS REPORT NOR ITS CONTENTS ARE TO BE DISSMINATED OUTSIDE THIS AGENCY WITHOUT PRIOR APPROVAL FROM MBI.

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Case Number: B20-00000138 Page 5



Department of Public Safety
Mississippi Highway Safety Patrol
# Mississippi Bureau of Investigation
22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400



**MBI Case # || Crime Lab Case #:** B20-00000138

**Requested by (Agency/Department):** Coahoma County, MS Sheriff Department

**Type of Incident:** Police Officer Involved Shooting (OIS)

**Date of Incident || Time:** Monday, March 9, 2020 / Approx. 0700 hrs.

**Location of Incident:** 907 Pecan Street, Clarksdale (Coahoma County) MS
34.2030887N, -905959786W

**Suspect(s) Charged || Arrested:** No

**Lead MBI Investigator:** Special Agent, Joey Mauney, B-63

# REPORT OF INVESTIGATION

**Crime Scene Analyst:** Dywana Broughton, MBI CSU

*****************************************************************************

This Mississippi Bureau of Investigation (MBI) has concluded its investigation related to a <**Police Officer Involved Shooting** that occurred at 907 Pecan Street, Clarksdale, MS 38614. The shooting incident involved **Coahoma County Deputy Marcus COHEN (Officer), Coahoma County Deputy Eric BILBRO (Officer) and (Suspect/Victim) Maurice MASON** during the execution of a drug search warrant of **907 Pecan Street, Clarksdale, MS 38614.**

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.



Department of Public Safety
Mississippi Highway Safety Patrol

## Mississippi Bureau of Investigation

22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400

## CASE INITIATION

| Case Number | S20-00000138 |
|---|---|
| Case Type | Police Officer Involved Shooting |
| Requesting Agency | Coahoma County Sheriff Department |
| Incident Date \|\| Time | Monday, March 20, 2020 \|\| 0700 hours |
| Lead MBI Case Agent | Special Agent Joey Mauney, B-63 |
| MBI District Office | Troop E   Batesville, Mississippi |

Case Agent: _____

                       Signature                         Date Initiated

LT. Joey Mauney B-63
_____
      Printed Rank/Name                     Badge



**FOR OFFICIAL USE ONLY**

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Case Number: B20-00000138                                    Page 7



Department of Public Safety
Mississippi Highway Safety Patrol

# Mississippi Bureau of Investigation
22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400

**The following agencies/ institutions/ individuals and things are also known as the following throughout this report:**

| ITEMS | ALSO KNOW AS |
|---|---|
| Deputy Coahoma County | CCSO |
| District Attorney Office | DA's Office |
| Global Positioning System | GPS |
| MBI Crime Scene Unit | CSU |
| 907 Pecan Street, Clarksdale, MS 38614 | Crime Scene |
| MBI Special Agent | SA (followed by agent's name) |
| Mississippi Bureau of Investigation | MBI |
| Mississippi Crime Lab | MCL |
| Clarksdale Police Department | CPD |

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

## Executive Summary:

<strong>- Police Officer Involved Shooting -</strong>
<strong>- Aggravated Assault -</strong>

The purpose of this investigative report is to outline from all the available evidence the facts and circumstances surrounding the **<Police Officer Involved Shooting> (OIS)** that occurred at 907 Pecan Street, within the city limits of Clarksdale, Mississippi (Coahoma County) on Monday, March 9, 2020 || Approx. 0630 hrs; and involved **Coahoma County Deputy Marcus Cohen, Coahoma County Deputy Eric Bilbro** of the Coahoma County Mississippi Sheriff's Office and suspects/victim: (1) **Maurice Mason.**

I have meticulously and thoroughly reviewed the evidence and relevant material concerning the above-mentioned police officer involved shooting. In addition, I have with the same intensity reviewed the applicable law and policy concerning the use of deadly force by law enforcement officers.

I have outlined my findings and conclusion in the subsequent paragraphs.

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Case Number: B20-00000138                                    Page 9

## Investigative Facts and Circumstances:

1.  ON MONDAY, MARCH 9, 2020 AT APPROXIMATELY 0600, COAHOMA
    COUNTY MS SHERIFF'S DEPARTMENT DEPUTIES AND CLARKSDALE POLICE
    DEPARTMENT OFFICERS MOBILIZE AT COAHOMA COUNTY COURTHOUSE AND
    ARE BRIEFED BY DEPUTY EDDIE EARL. EARL ADVISED OFFICERS THEY WOULD BE
    CONDUCTING A SEARCH WARRANT AT 907 PECAN STREET, CLARKSDALE, MS.
    EARL ADVISED THIS IS THE RESIDENCE OF LADAYTON WILLLIAMS. (SEE
    SEARCH WARRANT).

2.  AT APPROXIMATELY 0625, COAHOMA SO DEPUTIES LEON WILLIAMS, EDDIE
    EARL, ERIC BILBRO, MARCUS COHEN, DEMETRIA MOORE AND OTHA HUNTER
    ARRIVE AT 907 PECAN STREET ALONG WITH CLARKSDALE POLICE OFFICERS
    JOHNNY JONES AND FERNANDO HARRIS.

3.  AT APPROXIMATELY 0630, OFFICERS ARRIVED ON SCENE WITH LIGHTS AND
    SIRENS ENGAGED. COAHOMA DEPUTIES MARCUS COHEN, OTHA HUNTER,
    EDDIE EARL AND ERIC BILBRO APPROACHED THE RESIDENCE AND GAVE VERBAL
    COMMANDS STATING OFFICERS HAD A SEARCH WARRANT FOR THE HOME. NO
    RESPONSE WAS RETURNED FROM INSIDE THE RESIDENCE AND DEPUTY HUNTER
    BREACHED THE FRONT DOOR WITH A RAM DEVICE. ONCE INSIDE THE
    RESIDENCE, OFFICERS COHEN AND BILBRO STATED THEY HEARD A SINGLE
    GUNSHOT FROM INSIDE THE HOUSE (SEE STATEMENTS). OFFICERS THEN
    ENCOUNTERED A BLACK MALE IN THE FRONT LIVING ROOM (LATER IDENTIFIED
    AS MAURICE MASON) AND FIRED THEIR DUTY WEAPONS STRIKING MASON
    MULTIPLE TIMES IN THE TORSO AND LEG.

4.  AT APPROXIMATELY 0635, OFFICER HUNTER RENDER AID TO MASON AND
    DISPATCH CALLS FOR EMERGENCY RESPONSE. PAFFORD EMS IS DISPATCHED TO
    SCENE.

5.  SEVERAL MINUTES LATER, PAFFORD EMS ARRIVES ON SCENE AND TRANSPORTS
    MASON TO CLARKSDALE HOSPITAL AND MASON IS TRANSFERRED TO
    REGIONAL ONE TRAUMA CENTER(MED) IN MEMPHIS, TN.

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Case Number: B20-00000138 Page 10

6. AT APPROXIMATELY 0700, MISSISSIPPI BUREAU OF INVESTIGATION (MBI) AGENTS JOEY MAUNEY, BRYAN SULLIVANT AND HEATH FARRISH ALONG WITH MBI CRIME SCENE ANALYST (CSU) DYWANA BROUGHTON ARE DISPATCHED TO 907 PECAN STREET, CLARKSDALE, MS TO PROCESS THE CRIME SCENE.

7. AT APPROXIMATELY 0900, AGENTS ARRIVE ON SCENE AND ARE BRIEFED BY COAHOMA SHERIFF CHIEF DEPUTY LEON WILLIAMS.

8. AT APPROXIMATELY 0950, CSU ANALYST D. BROUGHTON ARRIVES ON SCENE AND BEGINS SCENE ANALYSIS AND EVIDENCE COLLECTION.

9. AT APPROXIMATELY 1200 HOURS MBI AGENTS ALONG WITH CSU RENDER SCENE CLEAR AND RELINQUISH RESIDENCE TO COAHOMA SO FOR COMPLETION OF SEARCH WARRANT.

See Crime Scene Analysis below for additional details.

**Crime Scene Analysis:**

**Description & Notes (Check All That Apply) -**

X Residence/ Home ☐ Apartment _____ ☐ Parking Lot/ Garage

☐ Business, specify type: _____ ☐ Law Enforcement Facility

☐ Field/woods/lake/waterway/beach ☐ Roadway/highway/street/sidewalk

☐ Vehicle ☐ Other, specify: _____

☐ Inside ☐ Outside

The crime scene is located at 907 Pecan Street, within the city limits of Clarksdale, (Coahoma County) Mississippi. I arrived at the crime scene on Monday, March 9, 2020, at approximately 0900hours. The crime scene was surrounded by yellow crime scene tape and secured by law enforcement officers from the Clarksdale Police Department and the

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Case Number: B20-00000138                                                   Page 11

Coahoma County Sheriff's Department. Upon my arrival at the scene, I met with Lieutenant Bryan Sullivant (Mississippi Bureau of Investigation). He provided me with an update concerning the location of the involved officers, victims and the suspect. At approximately 0915 hours, I conducted my initial inspection of the crime scene and documented my findings with notes. My findings included, but are not limited to, (**a**) the house located at address listed (**b**) yard surrounding residence.

MBI Crime Scene Analyst Dywana Broughton arrived at the crime scene on Monday, March 9, 2020, at around 0850 hours and processed the crime scene (See Broughton's Report of Crime Scene Findings for Additional Details).

Broughton processed the scene and collected the evidence

I departed the crime scene at approximately 1200 hours and traveled to MBI District office in Batesville, MS.

## Original Documents || Recordings || Etc…:

All involved agencies will maintain and safeguard all original documents and evidence associated with this investigation that originated from within their departments. This includes, but is not limited to, written reports, pictures, radio logs, 911 recordings, videos, and recovered physical evidence.

## Conclusion:

I have concluded that this case be turned over to the District Attorney's office in Clarksdale, Mississippi for further recommendation.

---

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Case Number: B20-00000138                                           Page 12

**Serious Gunshot Injuries to Maurice Mason::**

| ☐ | Accidental | ☐ | Homicide |

| ☐ | Natural | ☐ | Suicide |

| ☒ | Undetermined |

| ☐ | Justifiable Shooting – by Police |

## Case Status:

| ☒ | **Remains under investigation by MBI** |

| ☐ | **Closed – Requires no further investigation by MBI** |

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

EXHIBIT R - MBI REPORT                                      DEF 134

I reserve the rights to amend/update and enhance this report as additional facts and circumstances develop in this case.

_____

Special Agent
Joey Mauney, B-63
Mississippi Bureau of Investigation
Mississippi Highway Safety Patrol (Troop E)
22000-A Highway 35 North
Batesville, Mississippi 38606
E-mail: jmauney@dps.ms.gov
O: 662.563.6419
C: 662.934.5396
F: 662.563.6492 (MBI)
F: 662.563.6493 (Troop E)


Cc:
1. District Attorney's Office – (Clarksdale, Mississippi)
2. MBI Crime Scene Analyst Dywana Broughton
3. ADSi
4. MS DPS Legal

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Department of Public Safety

Mississippi Highway Safety Patrol

# Mississippi Bureau of Investigation

22000-A Highway 35 North

Batesville, Mississippi 38606

(662) 563-6419

## Officer Involved Shooting

## Coahoma County Sheriff's Department

## Clarksdale, MS

Special Agent

# Joey Mauney

3-63

L A W   E N F O R C E M E N T   S E N S I T I V E

# Notice

THIS CASE REPORT CONTAINS CONFIDENTIAL INFORMATION. THIS REPORT AND THE ADDITIONAL DOCUMENTS IT CONTAINS ARE PROPERTY OF THE MISSISSIPPI BUREAU OF INVESTIGATION AND ARE LOANED TO YOUR AGENCY, OFFICE AND/OR DEPARTMENT. THIS REPORT NOR ITS CONTENTS ARE TO BE DISSMINATED OUTSIDE THIS AGENCY WITHOUT PRIOR APPROVAL FROM MBI.

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

Department of Public Safety
# Mississippi Highway Safety Patrol
# **Mississippi Bureau of Investigation**
22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6419

# INCIDENT REPORT

On March 9, 2020, at approximately 0700 hours MBI was contacted by the Coahoma County Sheriff's Department in reference to an officer involved shooting that involved Coahoma County Deputies (Chief Leon Williams, Investigator Eddie Earl, Deputy Eric Bilbro, Master Sergeant Marcus Cohen, Deputy Demetria Moore and Deputy Otha HUNTER.) Also present were Clarksdale Police Department officers Johnny JONES and Fernando HARRIS. The officers listed were to execute a search warrant at approximately 0630 hours at 907 Pecan Street, Clarksdale, MS 38614, known residence of WILLIAMS, Ladayton, B/M, ███████████████ The narcotics division was serving a narcotics search warrant for the above address that was signed by Circuit Court Judge Charles Webster, ...ed on information provided to the narcotics unit.  Upon arrival the sheriff's department announced their presence with lights, sirens and verbally announced that they had a warrant to search the home. When no occupants answered the door, the narcotics team breached the door and upon entry officers heard a gunshot coming from inside the residence. Officers COHEN and BILBRO encountered a black male in the front living room (later identified as Maurice MASON, B/M, ██████████████) upon entry and fired their duty weapons striking MASON multiple times in the torso and leg. Officers called 911 and rendered aid to MASON until Pafford Ambulance Service arrived. Also located inside the residence were Ladayton WILLIAMS, Sharon WADE, Willie Joe SAFFORD and Ollie L HARMON.  MASON was transported to the Regional One Medical Center (The Med) in Memphis, TN where he underwent surgery for his injuries. WILLIAMS was arrested and booked into Coahoma County Jail on drug charges and all other suspects were released.  No officers were injured during this shooting incident.

Coahoma Sheriff's Department was able to collect $1,104.00 cash in multiple dominations, (1) pill bottle containing a green leafy substance believed to be marijuana and (1) plastic bag of suspected crack cocaine from the residence. No firearms were collected from the residence. All of the narcotic related evidence collected was placed in the custody of the Coahoma County Sheriff's Department. All officer involved shooting evidence collected will be taken by MBI to the MS Forensic Lab in Batesville for testing.

Respectfully Submitted,

...utenant

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

*Joey Mauney*

...ey Mauney, B-63

Mississippi Highway Safety Patrol
**Mississippi Bureau of Investigations**
22000-A Highway 35 North
Batesville, MS 38606
jmauney@dps.ms.gov

O: (662) 563-6419
F: (662) 563-6492
C: (601) 934-5396



This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.