EXHIBIT U

BODY CAM VIDEO

(CONVENTIONAL FILING)