# Department of Public Safety
# **Mississippi Bureau of Investigation**
# 22000-A Highway 35 North
# Batesville, Mississippi 38606
# (662) 563-6400

**C R I M E**

## Law Enforcement Involved Shooting
## Maurice Donell Mason, B/M
## S20-00000138(001)

**S C E N E**

By:
MBI Crime Scene Analyst
**Dywana Broughton**
MBI Northern Region (Troop D, E, F)
CSU-17

**F I N D I N G S**

THIS CASE REPORT CONTAINS CONFIDENTIAL INFORMATION. THIS REPORT AND THE ADDITIONAL DOCUMENTS IT CONTAINS ARE THE PROPERTY OF THE MISSISSIPPI BUREAU OF INVESTIGATION AND ARE LOANED TO YOUR AGENCY, OFFICE, AND/OR DEPARTMENT. THIS REPORT NOR ITS CONTENTS ARE TO BE DISSMINATED OUTSIDE THIS AGENCY WITHOUT PRIOR APPROVAL FROM MBI.

Plaintiff's Exhibit "J"

S20-00000138(001)
CSU Dywana Broughton

## TABLE OF CONTENTS

Report………………………………………………………………………….. Section A

Sketch/diagram(s) and Measurement Logs………………………………………… Section B

Evidence Recovery Log(s)…..……………………………………………………… Section C

Evidence Release Log(s)…..……………………………………………………… Section D

Mississippi Forensic Laboratory Evidence Submission Form………………………… Section E

MBI/CSU Digital Image Proof Sheet…………………………………..…………... Section F



DEF 214

S20-00000138(001)
CSU Dywana Broughton

# Section A



Department of Public Safety
**Mississippi Bureau of Investigation**
22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400

## Report on Crime Scene Findings

| | |
|---|---|
| **MBI CASE NUMBER:** | S20-00000138(001) |
| **LEAD CSU ANALYST:** | CSU Dywana Broughton |
| **LEAD INVESTIGATOR:** | MBI M.Sgt. Michael Mauney |
| **TYPE OF INCIDENT**: | Coahoma County Officer Involved Shooting |
| **DATE OF INCIDENT:** | Monday, March 19 2020 |
| **DATE PROCESSED:** | March 19, 2020 |
| **LOCATION:** | Residence @ 907 Pecan Street, Clarksdale, MS |
| **SUBJECT:** | Maurice Donell Mason, B/M |
| **OFFICER(S):** | Deputy Marcus Cohen<br>Deputy Eric Bilbro |



S20-00000138(001)
CSU Dywana Broughton

## REFERENCE

On Monday, March 9 2020, at approximately 7:08 a.m., the Mississippi Bureau of Investigation Crime Scene Unit (MBI/CSU) received a request from MBI Lieutenant Bryan Sullivant to respond to a Law Enforcement officer-involved shooting at 907 Pecan Street in Clarkdale, MS and examine the scene for evidence related to the shooting of the subject, Maurice Mason. Sullivant reported numerous police officers breached/entered the front (south) door, the male subject was on the couch in the living room and was shot multiple times.

## OVERVIEW OF LOCATION



## NARRATIVE SUMMARY:

On Monday, March 9, 2020, at approximately 8:50 a.m., the undersigned arrived at the aforementioned location to begin the examination of the scene. A concrete driveway with two vehicles facing north was along the east side of the residence. The most northern vehicle was a black "Mercedes-Benz CLS 550" bearing a Mississippi Coahoma tag "DAY 6". Parked behind it was a blue "Chevrolet CRUZE LT" bearing a Mississippi Coahoma tag "CGB 3291". The homes were noted to be in close proximity to one another.

The residence was a single story yellow brick constructed home facing south towards Pecan Street with a wooden fence surrounding the back. The porch lights were on and steps and a sidewalk that lead to the street were along the front center portion of the home. A mail box and a metal sign engraved "907

DEF 217

S20-00000138(001)
CSU Dywana Broughton

Pecan Street" were mounted on the wall right (east) of the door. A metal/glass storm door, metal rods, and a door ram device labeled "KNOCK KNOCK" were in the grassy area along the front west side of the yard. The glass in the door was not broken but the metal frame was bent. An iron hatchet tool was leaning against the east side of the porch. A cartridge case stamped "Hornady 9MM Luger +P" and suspected blood drops were on the top step. Suspected blood drops, a partial bloody footwear impression, and pieces of the broken wooden door frame were on the porch near the entrance. The front entrance door was open and the living room lights were on.



A floor mat with splinters of wood on top was inside near the entry door. This room was in complete disarray with blood drips and partial bloody footwear impressions throughout the floor. A white blood soaked cut t-shirt was on the floor near the doorway. The shirt had numerous holes in it (unsure if they were caused by projectiles). A large pool of blood was on the floor near the east wall couch. Splinters of wood were throughout the floor, on the couches, and on a wooden dining room table near the south wall. Four apparent projectile defects were on top of the wooden table along with various items (a beer bottle, numerous ashtrays, a black hat, numerous glass candle holders, keys, charging cords, a brown handle hair brush, the television remote control). A wooden chair with a broken base, splinters of wood, and blood were under the table. A red/black foot massager with a cord attached was against the south wall near the table. A brown leather like couch with numerous throw pillows on top, a pair of eye glasses, wood splinters, a piece of white plastic, and blood along the bottom portion was against the east wall. An apparent projectile defect was on the wall above the couch. A wooden coffee table with various overturned items on top was against the right arm of the couch. A wooden chair with a jacket draped across the back was near and in front (west) of the table. Two apparent projectile defects were on the brown curtains hanging above the east wall window. The projectiles entered and exited through the broken window. A large blood pool with a projectile resting in it was on the floor near and in front (west) of it. Projectile ricochet defects were on the floor in the pool of blood. A metal door locking mechanism with the screws still attached was on the floor north of the entrance. The interior side of the entrance door was damaged and the locks were still secured and locked. A large indention was on the south wall near the door and a small indention (most likely caused by the door knob) was on the west wall behind the door. A black "BB" rifle was upright behind the entrance door. Two (2) cartridge cases stamped "WCC+P+", four (4) cartridge cases stamped "Hornady 9MM Luger +P+", two (2) cartridge case stamped "WIN 9MM Luger", and one (1) projectile were on the floor near the entrance doorway. A brown leather-like couch with a black jacket resting on top was against the north wall. A black police shield labeled "INTRUDER" was on the couch. One (1) apparent projectile defect entered/exited the couch and entered/exited the sheetrock behind it. One (1) cartridge case stamped "WCC+P+" was under the couch. A wooden stand with a television on top and various other items was against the west wall. There were two openings that lead to other rooms along the north wall. One opening was near the northwest side which led to a hallway and the other was along the northeast corner which led to a kitchen.



The northwest living room opening led to a bathroom and two bedroom along the west side. These room which appeared undisturbed and consistent with the living conditions of the occupants, were documented by photographs, and no items of evidentiary value were noted.



The northeast living room opening led to a large kitchen with a red top pool table in the center of the room. A copper jacket was on the floor near the opening. A projectile was on top of the pool table. A projectile fragment was on the floor west of the pool table. An apparent projectile ricochet defect was on the wooden floor northwest of the pool table. An apparent exit projectile defect was on the south kitchen wall next to a wooden stool. Sheetrock dust from the defect was on top of the stool. An apparent entry/exit projectile defect was on the bottom portion of the north wall near a weight bar. Kitchen appliances and cabinetry were against the walls throughout the room. Laundry appliances and a video game machine were near the northeast corner of the room.

  

S20-00000138(001)
CSU Dywana Broughton

 

A small hallway leading to two bedrooms and a rear entry/exit door leading outside was north of the kitchen. A bedroom containing bunk beds was east of the hallway. An entry/exit projectile defect was at the bottom of the closet along the south wall. A master bedroom with a bathroom was west of the hallway.

   

The neighbors residence east of the subject's residence had an apparent projectile defect in the window. This residence was a tan colored wood constructed single story residence with the digits "901" attached to the wall right of the door and a sign "Daniels" hanging above it. A bedroom window on the west side of the residence had a projectile defect in the window and blinds covering the window. Glass fragments were on the floor below the window. An apparent projectile ricochet defect was on the interior bedroom wooden door. A projectile was on top of a night stand near the bedroom entry way.

   

  

**PROJECTILE DEFECT EXAMINATAION:**

The four (4) Projectile Ricochet Defect's on top of the wooden table in the living were marked for identification as "A, B, C, and D". The directionally of the projectiles were from west to east and the trajectory of the projectiles are unknown due to the table being moved after the incident.

   

The one Projectile Defect on the east wall above the couch and right of the window was marked for

DEF 220

S20-00000138(001)
CSU Dywana Broughton

identification as "E". It was approximately 5'4" right of the window and 5'4" from the south corner of the wall.

  

The two (2) Projectile Defects on the brown curtain covering the east wall window were marked for identification as "F and G". The projectiles exited the window and one entered the east neighbors (901 Pecan Street) west bedroom window. A projectile was collected as Ex. #16 from on top of the night stand beside their bed.



The one Projectile Defect on the north wall brown couch was marked for identification as "H". The projectile entered and exited the couch, entered and exited the wall behind the couch, ricochet off the wooden kitchen floor and struck the north kitchen wall. It did not penetrate the wall and most likely the projectile on top of the pool table.



**ASSISTANCE RENDERED:**

The crime scene was documented by photographs, notes, and sketches.

S20-00000138(001)
CSU Dywana Broughton

Please refer to the attached MBI/CSU Evidence Recovery Log for a list of the items photographed, collected, packaged, and marked for identification as evidence.

## EVIDENCE DISPOSITION:

Exhibits #1 thru #19 were submitted to the Mississippi Forensic Laboratory (MFL) on March 10, 2020 @ 11:55 a.m. for Forensic Analysis under MFL Case #20-003608. Results of evidence examinations and reports thereof will be the subject of separate reports available through the Mississippi Forensic Laboratory.

Three hundred (300) color digital images in NEF format were taken with a Nikon D610 digital camera during crime scene processing and transferred to a compact disc. The original compact disc in NEF format and an additional working copy in JPEG format will be maintained in the Master File. A scanned copy of the report packet in Portable Document Format (PDF) and copies of the digital images in JPEG format will be provided to the requesting agencies. An additional copy of the digital images and a copy of this report will be uploaded and saved to the Mississippi Department of Public Safety ADSi Case Management System for long-term retention.

## REMARKS:

The two Deputy's weapons(marked as Ex. #17 and #18) and one projectile (marked as Ex. #19) embedded in the living room floor near the blood pool in front of the east wall couch were all collected by MBI M.Sgt. Jeffrey Farish and released to the undersigned on 3-9-2020 at 5:04 p.m. for submission to the MFL.

## ATTACHMENTS:

1. Digital Image Proof Sheets
2. Compact Disc in JPEG Format of Crime Scene Processing
3. MBI Evidence Recovery Log
4. MFL Evidence Submission Form
5. Crime Scene Sketch
6. Crime Scene Measurement Log

15 September, 2020    Administrative Reviewer:

*Dywana Broughton, CSU17*
*Crime Scene Analyst*

Mississippi Bureau of Investigation
22000-A Highway 35 North
Batesville, Mississippi 38606
Ph. 601-506-7066/ Fax 662-563-6491

**cc:**  1. Master file-MBI/CSU Batesville, MS
2. MBI M.Sgt. Michael Mauney
3. ADSi Case Management System

# Section B





DIAGRAM DEPICTING EVIDENCE LOCATION

COAHOMA COUNTY OFFICER INVOLVED SHOOTINIG
LOCATION: Residence @ 907 Pecan Street, Clarksdale, MS
DATE OF INCIDENT: March 9, 2020
DATE PROCESSED: March 9, 20
MBI/CSU CASE #: S20-00000138(001)
AGENCY: MBI MSGT. Michael Mauney
SUBJECT: Maurice Donell Mason , B/M
SKETCHED/MEASURED BY: MBI/CSU Dywana Broughton

LEGEND

"Hornady 9MM Luger +P+" Casing = #1, #3, #4, #6, #8

"WCC +P+ Casings" = #2, #5, #14

"WIN 9MM Luger" Casings = #7, #9

Projectile = #10, #13, #15, #19

Copper Jacket Fragments = #11, #12

Images are only representations and do not show the actual positioning

NOT TO SCALE

DEF 224

NOT TO SCALE



## DIAGRAM DEPICTING PROJECTILE DEFECTS

COAHOMA COUNTY OFFICER INVOLVED SHOOTINIG
LOCATION: Residence @ 907 Pecan Street, Clarksdale, MS
DATE OF INCIDENT: March 9, 2020
DATE PROCESSED: March 9, 20
MBI/CSU CASE #: S20-00000138(001)
AGENCY: MBI MSGT. Michael Mauney
SUBJECT: Maurice Donell Mason, B/M
SKETCHED/MEASURED BY: MBI/CSU Dyvana Broughton

PROJECTILE DEFECTS

LIVING ROOM TABLE = A, B, C, D

EAST LIVING ROOM WALL = E

EAST LIVING ROOM WALL CURTAIN/WINDOW = F, G

NORTH WALL COUCH, SOUTH KITCHEN WALL
AND NORTH KITCHEN WALL = H



Images are only representations and do not show the actual positioning

# MEASUREMENT LOG

| LOCATION: Residence @ 907 Pecan Street, Clarksdale, MS | |
|---|---|
| TYPE OF CASE: Officer Involved Shooting | Page 1 of 2 Pages |
| DATE OF INCIDENT: Monday, March 9, 2020 | DATE PROCESSED: March 9, 2020 |
| PREPARER: MBI/CSU Dywana Broughton | |

**LEGEND**

A = East corner of front entry/exit door
B = West corner of front entry/exit door
C = East corner of the Northeast wall opening leading to kitchen
D = West corner of the Northeast wall opening leading to kitchen

| Object Measured | Measurement From | Measurement To | Approximate Distance |
|---|---|---|---|
| Ex. #1  Cartridge case stamped "Hornady 9MM Luger +P+" | A | Ex. #1 | 5' 5" |
| | B | Ex. #1 | 5' 3" |
| | | | |
| Ex. #2 Cartridge case stamped "WCC +P+" | A | Ex. #2 | 9" |
| | B | Ex. #2 | 2' 9" |
| | | | |
| Ex. #3  Cartridge case stamped "Hornady 9MM Luger +P+" | A | Ex. #3 | 8" |
| | B | Ex. #3 | 3' 5" |
| | | | |
| Ex. #4  Cartridge case stamped "Hornady 9MM Luger +P+" | A | Ex. #4 | 1' 11" |
| | B | Ex. #4 | 4' 10" |
| | | | |
| Ex. #5 Cartridge case stamped "WCC +P+" | A | Ex. #5 | 2' 3" |
| | B | Ex. #5 | 4' 8" |
| | | | |
| Ex. #6  Cartridge case stamped "Hornady 9MM Luger +P+" | A | Ex. #6 | 2' 1" |
| | B | Ex. #6 | 4' |
| | | | |
| Ex. #7  Cartridge case stamped "WIN 9MM Luger" | A | Ex. #7 | 3' 9" |
| | B | Ex. #7 | 2' 2" |
| | | | |
| Ex. #8  Cartridge case stamped "Hornady 9MM Luger +P+" | A | Ex. #8 | 4' 2" |
| | B | Ex. #8 | 5' 11" |
| | | | |
| Ex. #9  Cartridge case stamped "WIN 9MM Luger" | A | Ex. #7 | 6' |
| | B | Ex. #7 | 7" |
| | | | |
| Ex. #10 One projectile on living room floor | A | Ex. #10 | 4' 5" |
| | B | Ex. #10 | 2' 6" |
| | | | |
| Ex. #11 One copper jacket on kitchen floor | A | Ex. #11 | 21' 2" |
| | B | Ex. #11 | 19' 1" |

Initials _____ Date: 9-15-2020

S20-00000138(001)

# MEASUREMENT LOG

| | |
|---|---|
| **LOCATION:** Residence @ 907 Pecan Street, Clarksdale, MS | |
| **TYPE OF CASE:** Officer Involved Shooting | **Page** 2 of 2 **Pages** |
| **DATE OF INCIDENT:** Monday, March 9, 2020 | **DATE PROCESSED:** March 9, 2020 |
| **PREPARER:** MBI/CSU Dywana Broughton | |

| Object Measured | Measurement From | Measurement To | Approximate Distance |
|---|---|---|---|
| Ex. #11  One copper jacket on kitchen floor | C | Ex. #11 | 11" |
| | D | Ex. #11 | 3' 2" |
| | | | |
| Ex. #12 One projectile fragment on kitchen floor | C | Ex. #12 | 11' 1" |
| | D | Ex. #12 | 8' 7" |
| | | | |
| Ex. #13  One projectile on top of pool table | C | Ex. #13 | 7' 1" |
| | D | Ex. #13 | 7' |
| | | | |
| Ex. #14  Cartridge case stamped "WCC +P+" | A | Ex. #14 | 8' 11" |
| | B | Ex. #14 | 9' 6" |
| | | | |
| Ex. #15 One projectile in pool of blood living room floor | A | Ex. #15 | 11' 9" |
| | B | Ex. #15 | 14' 3" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Initials _____  Date: 9-15-2020

S20-00000138(001)

DEE 227

S20-00000138(001)
CSU Dywana Broughton

# Section C



# MBI/CSU EVIDENCE RECOVERY LOG

| LOCATION: | Residence @ 907 Pecan Street, Clarksdale, MS | PAGE | 1 | OF | 4 | PAGES |
| TYPE OF CASE: | Coahoma County Law Enforcement Officer Involved Shooting |
| DATE OF INCIDENT: | Monday, March 9, 2020 **DATE EXAMINED:** Monday, March 9,2020 |
| MBI/CSU CASE #: | S20-00000138(001) |
| | **POLICE OFFICERS:** Deputy Eric Bilbro and Msgt. Marcus Cohen **SUBJECT:** Maurice Donell Mason, B/M |
| AGENCY: | MBI Batesville District, M. Sgt Michael Mauney |
| PREPARER: | MBI Crime Scene Investigator Dywana Broughton |
| COLLECTED BY: | Dywana Broughton, MBI/CSU |

| ITEM # | TIME | DESCRIPTION | LOCATION | PACKAGING | |
|---|---|---|---|---|---|
| 1 | 10:23 a.m. | One cartridge case stamped "Hornady 9mm Luger +P" | Top step of front(south) entrance to residence | Envelope |  |
| 2 | 10:24 a.m. | One cartridge case stamped "WCC +P+" | Livingroom floor near the south entrance/exit door | Envelope |  |
| 3 | 10:25 a.m. | One cartridge case stamped "Hornady 9mm Luger +P+" | Livingroom floor near the south entrance/exit door | Envelope |  |
| 4 | 10:26 a.m. | One cartridge case stamped "Hornady 9mm Luger +P+" | Livingroom floor near the south entrance/exit door | Envelope |  |

Initials: _____  Date: 9-14-2020

MBICSU ERL2020

DEF 229

# MBI/CSU EVIDENCE RECOVERY LOG

PAGE 2 OF 4 PAGES

| LOCATION: | Residence @ 907 Pecan Street, Clarksdale, MS |
|---|---|
| TYPE OF CASE: | Coahoma County Law Enforcement Officer Involved Shooting |
| DATE OF INCIDENT: | Monday, March 9, 2020   **DATE EXAMINED:** Monday, March 9,2020 |
| MBI/CSU CASE #: | S20-0000138(001)   **SUBJECT:** Maurice Donell Mason, B/M |
| | **POLICE OFFICERS:** Deputy Eric Bilbro and Msgt. Marcus Cohen |
| AGENCY: | MBI Batesville District, M. Sgt Michael Mauney |
| PREPARER: | MBI Crime Scene Investigator Dywana Broughton |
| COLLECTED BY: | Dywana Broughton, MBI/CSU |

| ITEM # | TIME | DESCRIPTION | LOCATION | PACKAGING | |
|---|---|---|---|---|---|
| 5 | 10:27 a.m. | One cartridge case stamped "WCC +P+" | Livingroom floor near the south entrance/exit door | Envelope |  |
| 6 | 10:28 a.m. | One cartridge case stamped "Hornady 9mm Luger +P+" | Livingroom floor near the south entrance/exit door | Envelope |  |
| 7 | 10:29 a.m. | One cartridge case stamped "WIN 9mm Luger" | Livingroom floor near the south entrance/exit door | Envelope |  |
| 8 | 10:20 a.m. | One cartridge case stamped "Hornady 9mm Luger +P+" | Livingroom floor near the south entrance/exit door | Envelope |  |

Initials: _____   Date: 9-14-2020

MBICSU ERL2020

DEF 230

# MBI/CSU EVIDENCE RECOVERY LOG

| LOCATION: | Residence @ 907 Pecan Street, Clarksdale, MS | | PAGE | 3 | OF | 4 | PAGES |
|---|---|---|---|---|---|---|---|
| TYPE OF CASE: | Coahoma County Law Enforcement Officer Involved Shooting | | | | | | |
| DATE OF INCIDENT: | Monday, March 9, 2020  DATE EXAMINED: Monday, March 9,2020 | | | | | | |
| MBI/CSU CASE #: | S20-00000138(001) | | SUBJECT: Maurice Donell Mason, B/M | | | | |
| | POLICE OFFICERS: Deputy Eric Bilbro and Msgt. Marcus Cohen | | | | | | |
| AGENCY: | MBI Batesville District, M. Sgt Michael Mauney | | | | | | |
| PREPARER: | MBI Crime Scene Investigator Dywana Broughton | | | | | | |
| COLLECTED BY: | Dywana Broughton, MBI/CSU | | | | | | |

| ITEM # | TIME | DESCRIPTION | LOCATION | PACKAGING | |
|---|---|---|---|---|---|
| 9 | 10:31 a.m. | One cartridge case stamped "WIN 9mm Luger" | Livingroom floor near the south entrance/exit door | Envelope | |
| 10 | 10:32 a.m. | One Projectile | Livingroom floor near the south entrance/exit door | Envelope | |
| 11 | 10:33 a.m. | One Copperjacket | Kitchen floor near the southeast door opening – south of the pool table | Envelope | |
| 12 | 10:34 a.m. | One projectile fragment | Kitchen floor west of the pool table | Envelope | |

Initials: _[signature]_  Date: 9-14-2020

MBICSU ERL2020

DEF 231

# MBI/CSU EVIDENCE RECOVERY LOG

PAGE 4 OF 4 PAGES

| LOCATION: | Residence @ 907 Pecan Street, Clarksdale, MS |
|---|---|
| TYPE OF CASE: | Coahoma County Law Enforcement Officer Involved Shooting |
| DATE OF INCIDENT: | Monday, March 9, 2020 **DATE EXAMINED:** Monday, March 9, 2020 |
| MBI/CSU CASE #: | S20-00000138(001) |
| | **POLICE OFFICERS:** Deputy Eric Bilbro and M.Sgt. Marcus Cohen |
| AGENCY: | MBI Batesville District, M. SGT Michael Mauney |
| PREPARER: | MBI Crime Scene Investigator Dywana Broughton |
| COLLECTED BY: | Dywana Broughton, MBI/CSU |

**SUBJECT:** Maurice Donell Mason, B/M

| ITEM # | TIME | DESCRIPTION | LOCATION | PACKAGING | |
|---|---|---|---|---|---|
| 13 | 10:35 a.m. | One projectile | On top of pool table in the kitchen | Envelope |  |
| 14 | 11:22 a.m. | One cartridge case stamped "WCC +P+" | Under the north wall couch in the living room | Envelope |  |
| 15 | 11:25 a.m. | One projectile | In a pool of blood on the living room floor in front of the east wall couch | Envelope |  |
| 16 | 11:52 a.m. | One projectile | East Next door neighbor (901 Pecan Street) bedroom on top of night stand | Envelope |  |
| | | | | | |
| | | | | | |
| | | | | | |

Initials: _____ Date: 9-14-2020

MBICSU ERL2020

DEF 232

S20-00000138(001)
CSU Dywana Broughton

# Section D



# MBI/CSU EVIDENCE RELEASE LOG

| | | |
|---|---|---|
| LOCATION: | Residence @ 907 Pecan Street, Clarksdale, MS | PAGE 1 OF 1 PAGE |
| TYPE OF CASE: | Coahoma County Law Enforcement Officer Involved Shooting | |
| DATE OF INCIDENT: | Monday, March 9, 2020 **DATE EXAMINED:** Monday, March 9,2020 | |
| MBI/CSU CASE #: | S20-00000138(001) **SUBJECT:** Maurice Donell Mason, B/M | |
| | **POLICE OFFICERS:** Deputy Eric Bilbro and M.Sgt. Marcus Cohen | |
| AGENCY: | MBI Batesville District, M. SGT Michael Mauney | |
| PREPARER: | MBI Crime Scene Investigator Dywana Broughton | |
| COLLECTED BY: | | |

| ITEM # | TIME | DESCRIPTION | LOCATION | PACKAGING | COLLECTED |
|---|---|---|---|---|---|
| 17 | 9:00 a.m. | One GLOCK 17 Gen 4 9MM AUSTRIA 9x19 Caliber pistol, Serial Number BACS913 with an attached TLR-1 STREAMLIGHT serial number 1135390912, with one extended magazine containing sixteen (16) live rounds all stamped "WCC+P+". Officer M.Sgt. Marcus Cohen | Received from Chief Leon Williams | Gun Box | MBI Jeffrey Farish |
| 18 | 9:00 a.m. | One GLOCK 17 Gen 4 9MM AUSTRIA 9x19 Caliber pistol, Serial Number BACS829 with one magazine containing seven (7) "Hornady 9mm Luger +P+" and three (3) "WIN 9MM Luger" live rounds. Officer Eric Bilbro | Received from Chief Leon Williams | Gun Box | MBI Jeffrey Farish |
| 19 | 1:00 p.m. | One projectile | Living room floor embedded in the wood near the blood pool in front of the east wall couch | Envelope | MBI Jeffrey Farish |
| | | Ex. #17, #18, & #19 were **RELEASED BY:** MBI M.Sgt. Jeffrey Farish<br><br>**RECEIVED BY:** CSU Dywana Broughton on 3-9-2020 @ 5:04 p.m. | | | |

Initials: _____ Date: 9-14-2020

DEF 234

MBICSU ERL2020

# Section E



# Mississippi Forensic Laboratory
## EVIDENCE SUBMISSION FORM

---

**North Mississippi Laboratory**
PO Box1385
Batesville, MS 38606

---

**Crime Lab Case # 20-003608**                                    Page 1 of 5

| | |
|---|---|
| **Agency Case #** | MBI |
| | COAHOMA COUNTY SHERIFF OFFICE |
| **Submitting Officer** | Dywana Broughton |
| **Submitting Agency** | **MBI** |
| | Mississippi Department of |
| | Public Safety |

S20-0000000128

**Phone #**

**Individuals:**   Maurice Donell Mason  (V)

Marcus  Cohen  (O)

Eric  Bilbro  (O)

**Offense(s):**   Officer Involved Shooting                **County:**  Coahoma

---

## Evidence Submitted

| 001 | One sealed manila envelope labeled "Ex #1 One cartridge case stamped "Hornady 9mm Luger +P" collected from the top step of residence near front South porch, 3-9-2020, 10:23 a.m., DAB". |
|---|---|

Service: FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

Requested by: Joey Mauney (MBI)

| 002 | One sealed manila envelope labeled "Ex #2 One cartridge case stamped "WCC +P +" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:24 a.m., DAB". |
|---|---|

Service: FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

Requested by: Joey Mauney (MBI)

| 003 | One sealed manila envelope labeled "Ex #3 One cartridge case stamped "Hornady 9mm Luger +P" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:25 a.m., DAB". |
|---|---|

Service: FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

Requested by: Joey Mauney (MBI)

| 004 | One sealed manila envelope labeled "Ex #4 One cartridge case stamped "Hornady 9mm Luger +P" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:26 a.m., DAB". |
|---|---|

Delivered By:                    Received By:

DEF 236

# Mississippi Forensic Laboratory
## EVIDENCE SUBMISSION FORM

**North Mississippi Laboratory**
PO Box 1385
Batesville, MS 38606

## Crime Lab Case # 20-003608                    Page 2 of 5

**Evidence Submitted (cont)**

---

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)
*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*
**Requested by:** Joey Mauney (MBI)

005     One sealed manila envelope labeled "Ex #5 One cartridge case stamped "WCC +P+" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:27 a.m., DAB".

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)
*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*
**Requested by:** Joey Mauney (MBI)

006     One sealed manila envelope labeled "Ex #6 One cartridge case stamped "Hornady 9mm Luger +P" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:28 a.m., DAB".

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)
*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*
**Requested by:** Joey Mauney (MBI)

007     One sealed manila envelope labeled "Ex #7 One cartridge case stamped "WIN 9mm Luger" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:29 a.m., DAB".

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)
*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*
**Requested by:** Joey Mauney (MBI)

008     One sealed manila envelope labeled "Ex #8 One cartridge case stamped "Hornady 9mm Luger +P" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:30 a.m., DAB".

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)
*Notes: Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*
**Requested by:** Joey Mauney (MBI)

009     One sealed manila envelope labeled "Ex #9 One cartridge case stamped "WIN 9mm Luger" collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:31 a.m., DAB".

Delivered By:                          Received By:

# Mississippi Forensic Laboratory
### EVIDENCE SUBMISSION FORM

---

**North Mississippi Laboratory**
PO Box1385
Batesville, MS 38606

---

## Crime Lab Case # 20-003608

### Evidence Submitted (cont)

---

| **Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J) |
|---|
| *Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.* |
| **Requested by:** Joey Mauney (MBI) |

**010** — One sealed manila envelope labeled "Ex #10 One projectile collected from the living room floor near the South entrance/exit doorway, 3-9-2020, 10:32 a.m., DAB".

| **Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J) |
|---|
| *Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.* |
| **Requested by:** Joey Mauney (MBI) |

**011** — One sealed manila envelope labeled "Ex #11 One copper jacket collected from the kitchen floor, South of the pool table near the Southeast door entry way, 3-9-2020, 10:33 a.m., DAB".

| **Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J) |
|---|
| *Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.* |
| **Requested by:** Joey Mauney (MBI) |

**012** — One sealed manila envelope labeled "Ex #12 One projectile fragment collected from the kitchen floor west of the pool table, 3-9-2020, 10:34 a.m., DAB".

| **Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J) |
|---|
| *Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.* |
| **Requested by:** Joey Mauney (MBI) |

**013** — One sealed manila envelope labeled "Ex #13 One projectile collected from on top of the pool table in the kitchen, 3-9-2020, 10:35 a.m., DAB".

| **Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J) |
|---|
| *Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.* |
| **Requested by:** Joey Mauney (MBI) |

**014** — One sealed manila envelope labeled "Ex #14 One cartridge case stamped "WCC +P+" collected from the livingroom floor under the north wall couch, 3-9-2020, 11:22 a.m., DAB".

Delivered By: _[signature]_          Received By: _[signature]_

DEF 238

# Mississippi Forensic Laboratory
EVIDENCE SUBMISSION FORM

| North Mississippi Laboratory |
| :---: |
| PO Box 1385 |
| Batesville, MS 38606 |

## Crime Lab Case # 20-003608

Page 4 of 5

**Evidence Submitted (cont)**

---

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

**Requested by:** Joey Mauney (MBI)

---

015      One sealed manila envelope labeled "Ex #15 One projectile collected from the living room floor, in a blood pool in front of the east wall couch, 3-9-2020, 11:25 a.m., DAB".

---

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

**Requested by:** Joey Mauney (MBI)

---

016      One sealed manila envelope labeled "Ex #16 One projectile collected from the next door East neighbors bedroom on top of a a coffee table (901 Pecan Street), 3-9-2020, 11:52 a.m., DAB".

---

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

**Requested by:** Joey Mauney (MBI)

---

017      One sealed white cardboard gun box containing one GLOCK 17 Gen 4 AUSTRIA 9x19 Caliber pistol, Serial Number BACS913 with an attached STEAMLIGHT, and a sealed manila envelope labeled "One extended magazine containing Sixteen live rounds stamped "WCC+P+" removed from "Glock 9mm Gen 4, Serial # BACS913, 3-9-2020 JHF". Rendered Safe by Olivia Tyson on 3-10-2020.

---

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

**Requested by:** Joey Mauney (MBI)

---

018      One sealed white cardboard gun box containing one GLOCK 17 Gen 4 AUSTRIA 9x19 Caliber pistol, Serial Number BACS829, and a sealed manila envelope labeled "One magazine containing 7 "Hornady 9MM Luger + P+" live rounds and 3 "WIN 9MM Luger" live rounds removed 3-9-2020 from "Glock 9mm 17 Gen 4, Serial # BAC S829" JHF". Rendered Safe by Olivia Tyson on 3-10-2020.

---

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes:* *Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.*

**Requested by:** Joey Mauney (MBI)

---

Delivered By:

Received By:

# Mississippi Forensic Laboratory
## EVIDENCE SUBMISSION FORM

| |
|---|
| **North Mississippi Laboratory** |
| PO Box 1385 |
| Batesville, MS 38606 |

## Crime Lab Case # 20-003608

**Evidence Submitted (cont)**

---

019      One sealed manila envelope labeled "Ex #19 One projectile collected from the living room floor, embedded in the wood, near the blood pool in front of couch, 3-9-2020, 1300 hrs, JHF".

**Service:** FIREARMS/TOOLMARKS (JACKSON) - Firearms Examination/Comparison (J)

*Notes:* Compare Submissions 001 through 016 and 019 to Submissions 017 and 018.

**Requested by:** Joey Mauney (MBI)

**Delivered By** _Dywana Broughton_

**Received by** _Olivia Tyson_

| Date | Time |
|---|---|
| 3/10/2020 | 11:55:36AM |

Reviewed By:        Date:

S20-00000138(001)
CSU Dywana Broughton

# Section F





| | | | | |
|---|---|---|---|---|
| DSC_2578 | DSC_2579 | DSC_2580 | DSC_2581 | DSC_2582 |
| DSC_2583 | DSC_2584 | DSC_2585 | DSC_2586 | DSC_2587 |
| DSC_2588 | DSC_2589 | DSC_2590 | DSC_2591 | DSC_2592 |
| DSC_2593 | DSC_2594 | DSC_2595 | DSC_2596 | DSC_2597 |
| DSC_2598 | DSC_2599 | DSC_2600 | DSC_2601 | DSC_2602 |
| DSC_2603 | DSC_2604 | DSC_2605 | DSC_2606 | DSC_2607 |
| DSC_2608 | DSC_2609 | DSC_2610 | DSC_2611 | DSC_2612 |

Initials:  Date: 9-15-2020



DEF 242
S20-00000138(001)



DSC_2613   DSC_2614   DSC_2615   DSC_2616   DSC_2617

DSC_2618   DSC_2619   DSC_2620   DSC_2621   DSC_2622

DSC_2623   DSC_2624   DSC_2625   DSC_2626   DSC_2627

DSC_2628   DSC_2629   DSC_2630   DSC_2631   DSC_2632

DSC_2633   DSC_2634   DSC_2635   DSC_2636   DSC_2637

DSC_2638   DSC_2639   DSC_2640   DSC_2641   DSC_2642

DSC_2643   DSC_2644   DSC_2645   DSC_2646   DSC_2647

Initials _____ Date: 9-15-2020



DSC_2648  DSC_2649  DSC_2650  DSC_2651  DSC_2652

DSC_2653  DSC_2654  DSC_2655  DSC_2656  DSC_2657

DSC_2658  DSC_2659  DSC_2660  DSC_2661  DSC_2662

DSC_2663  DSC_2664  DSC_2665  DSC_2666  DSC_2667

DSC_2668  DSC_2669  DSC_2670  DSC_2671  DSC_2672

DSC_2673  DSC_2674  DSC_2675  DSC_2676  DSC_2677

DSC_2678  DSC_2679  DSC_2680  DSC_2681  DSC_2682



DEF 244

Initials: _____ Date: 9-15-2020

S20-00000138(001)



DSC_2683   DSC_2684   DSC_2685   DSC_2686   DSC_2687

DSC_2688   DSC_2689   DSC_2690   DSC_2691   DSC_2692

DSC_2693   DSC_2694   DSC_2695   DSC_2696   DSC_2697

DSC_2698   DSC_2699   DSC_2700   DSC_2701   DSC_2702

DSC_2703   DSC_2704   DSC_2705   DSC_2706   DSC_2707

DSC_2708   DSC_2709   DSC_2710   DSC_2711   DSC_2712

DSC_2713   DSC_2714   DSC_2715   DSC_2716   DSC_2717

Initials: _____ Date: 9-15-2020

DEF 245
S20-00000138(001)



DSC_2718    DSC_2719    DSC_2720    DSC_2721    DSC_2722

DSC_2723    DSC_2724    DSC_2725    DSC_2726    DSC_2727

DSC_2728    DSC_2729    DSC_2730    DSC_2731    DSC_2732

DSC_2733    DSC_2734    DSC_2735    DSC_2736    DSC_2737

DSC_2738    DSC_2739    DSC_2740    DSC_2741    DSC_2742

DSC_2743    DSC_2744    DSC_2745    DSC_2746    DSC_2747

DSC_2748    DSC_2749    DSC_2750    DSC_2751    DSC_2752

Initials: _____ Date: 9-15-2020

DEF 246
S20-00000138(001)



DSC_2753  DSC_2754  DSC_2755  DSC_2756  DSC_2757

DSC_2758  DSC_2759  DSC_2760  DSC_2761  DSC_2762

DSC_2763  DSC_2764  DSC_2765  DSC_2766  DSC_2767

DSC_2768  DSC_2769  DSC_2770  DSC_2771  DSC_2772

DSC_2773  DSC_2774  DSC_2775  DSC_2776  DSC_2777

DSC_2778  DSC_2779  DSC_2780  DSC_2781  DSC_2782

DSC_2783  DSC_2784  DSC_2785  DSC_2786  DSC_2787

DEF 247

Initials: _____ Date: 9-15-2020

S20-00000138(001)



DSC_2788

DSC_2789

DSC_2790

DSC_2791

DSC_2792

DSC_2793

DSC_2794

DSC_2795

DSC_2796

DSC_2797

DSC_2798

DSC_2799

DSC_2800

DSC_2801

DSC_2802

DSC_2803

DSC_2804

DSC_2805

DSC_2806

DSC_2807

DSC_2808

DSC_2809

DSC_2810

DSC_2811

DSC_2812

DSC_2813

DSC_2814

DSC_2815

DSC_2816

DSC_2817

DSC_2818

DSC_2819

DSC_2820

DSC_2821

DSC_2822

Initials: _____ Date: 9-15-2020

DEF 248
S20-00000138(001)



DSC_2823 DSC_2824 DSC_2825 DSC_2826 DSC_2827

DSC_2828 DSC_2829 DSC_2830 DSC_2831 DSC_2832

DSC_2833 DSC_2834 DSC_2835 DSC_2836 DSC_2837

DSC_2838 DSC_2839 DSC_2840 DSC_2841 DSC_2842

DSC_2843 DSC_2844 DSC_2845 DSC_2846 DSC_2847

DSC_2848 DSC_2849 DSC_2850 DSC_2851 DSC_2852

DSC_2853 DSC_2854 DSC_2855 DSC_2856 DSC_2857

DEF 249
S20-00000138(001)

Initials: _____ Date: 9-15-2020



DSC_2858  DSC_2859  DSC_2860  DSC_2861  DSC_2862

DSC_2863  DSC_2864  DSC_2865  DSC_2866  DSC_2867

DSC_2868  DSC_2869  DSC_2870  DSC_2871  DSC_2872

    

DSC_2873  DSC_2874  DSC_2875  DSC_2876  DSC_2877