IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MAURICE MASON, et al.**                                                                 **PLAINTIFFS**

**V.**                                                           **NO. 4:20-CV-164-DMB-JMV**

**CITY OF CLARKSDALE, et al.**                                                   **DEFENDANTS**

## ORDER

On April 13, 2022, Maurice Mason filed a motion in limine and a supporting memorandum brief. Docs. #183, #184. In violation of the Local Rules, Mason attached exhibits to his memorandum brief.[1] *See* L.U. Civ. R. 7(b)(2) ("All … supporting documents and exhibits … must be filed as exhibits to the motion, response, or rebuttal to which they relate."). Because of this procedural deficiency, the motion in limine [183] is **DENIED without prejudice**. Within seven (7) days of this order, Mason may refile his motion, exhibits, and memorandum in compliance with the Local Rules.

**SO ORDERED**, this 18th day of April, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Mason attached one exhibit to the motion and two exhibits to the memorandum brief. *See* Docs. #183-1, #184-1, #184-2.