# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES

**CASE NO.: 4:20-cv-164-DMB-JMV**  **PLACE HELD – Greenville, MS**

**MAURICE MASON, *ET AL.***

**VS.**

**CITY OF CLARKSDALE, *ET AL.***

**DATE & TIME BEGUN/ENDED:** April 27, 2022
10:00 a.m. – 12:00 p.m.

**Total Time – 2 hours**

**PRESENT:**
**Honorable Jane M. Virden, U.S. Magistrate Judge**

| Attorneys for plaintiffs | Attorneys for defendants |
|---|---|
| Garrett T. Estes | Daniel J. Griffith |
| Juan T. Williams | Bethany A. Tarpley |

**PROCEEDINGS:** Settlement Conference

**Docket Entry:** A settlement conference was held. The case was **settled.**

**DAVID CREWS, CLERK**

**By:** /s/ *Itonia R. Williams*
Courtroom Deputy Clerk